STATE OF CONNECTICUT *v.* RICARDO COLLINS

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 833 (AC 26511), is denied.

ROGERS, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Richard W. Callahan,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided September 21, 2007

STATE OF CONNECTICUT *v.* JOSE G.

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 748 (AC 24785), is granted, limited to the following issue:

"Did the Appellate Court properly decline to review the defendant's claim about the erroneous admission of extrinsic testimony to establish statements by the victim?"

VERTEFEUILLE and SCHALLER, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17973.

*Daniel J. Krisch,* special public defender, in support of the petition.

*Robin S. Schwartz,* assistant state's attorney, in opposition.

Decided September 21, 2007